IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHYDAY CARTER,

       Appellant,

v.

SIDNEY DUKES,

       Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5005

_____/

Opinion filed July 6, 2016.

An appeal from the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

Shyday Carter, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      AFFIRMED.

B.L. THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.